UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
In re:                                                                                    Chapter 7

JOSEPH VENTIMIGLIA, Sr. and
FRANCIS VENTIMIGLIA,                                              Case No.: 802-86399-478

                             Debtors.
-----------------------------------------------------------------X
NEIL H. ACKERMAN, as Trustee of the
Bankruptcy Estate of JOSEPH AND FRANCES
VENTIMIGLIA,

                       Plaintiff,                     Adv. Proc. No. 804-08501

JOSEPH VENTIMIGLIA, a/k/a JOSEPH
VENTIMIGLIA Sr., a/k/a JOSEPH R.
VENTIMIGLIA; FRANCES VENTIMIGLIA;
KAREN CARRAGHER; ROBERT M. CARRAGHER,
a/k/a ROBERT M. CARRAGHER, Jr.; CHRISTINA
CARRAGHER; JOSEPH VENTIMIGLIA, a/k/a
JOSEPH VENTIMIGLIA, Jr.; LINDA VENTIMIGLIA;
JACQUELINE VENTIMIGLIA; and SARAH
VENTIMIGLIA,

                       Defendants.
-----------------------------------------------------------------X

**ORDER DENYING DEFENDANTS' MOTION
TO REOPEN ADVERSARY PROCEEDING AND
<u>RECONSIDER JUDGMENT ORDER ENTERED OCTOBER 25, 2007</u>**

      Upon the motion (the "Motion") of Robert and Karen Carragher, defendants (the

"Defendants") in the above captioned adversary proceeding (the "Adversary

Proceeding"), dated September 26, 2012 seeking to reopen the Adversary Proceeding

and requesting the Court to reconsider the Judgment entered against the Defendants on

October 25, 2007 (the "Motion"); and the Objection to the Motion of Andrew M. Thaler,

1

successor Trustee (the "Trustee") in the above-captioned bankruptcy case and the successor plaintiff and judgment creditor in the Adversary Proceeding, dated October 9, 2012 (the "Objection"); and the Court having considered the Motion and the Objection; and after hearing the Defendants and the trustee, by his counsel, Thaler Gertler LLP, at a hearing on the Motion conducted on October 18, 2012 (the "Hearing"); and after due deliberation given by the Court and upon the full record of the Hearing; it is hereby

    **ORDERED**, that the Motion is denied.



Dated: Central Islip, New York  
       October 22, 2012

**Dorothy Eisenberg**  
**United States Bankruptcy Judge**